452 A.2d 31

Commonwealth v. Mansberry, Appellant.

Submitted June 15, 1982. John W. Hardisty, for appellant; Charles J. Morris, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Affirmed.